UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY LUNNING, ) | |
| ) | NO.  CV-10-3039-LRS |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER OF DISMISSAL AND |
| ) | REMAND |
| ) | |
| WASHINGTON STATE DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES (DSHS), ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(2), the parties entered a "Stipulation and Order Dismissing Federal Claim and Remanding to State Court" on April 20, 2012, which was filed with the Court on April 20, 2012 (ECF No. 23).  Accordingly,

**IT IS ORDERED** that the plaintiff's federal claim under the federal Family and Medical Leave Act (all claims in paragraphs 4.1 through 4.7 of the Complaint) be voluntarily **DISMISSED WITH PREJUDICE** pursuant to the parties' Stipulation and the remaining state claims be remanded to state court pursuant to 28 U.S.C. § 1367(a)(3).

The District Court Executive is directed to file this Order, provide copies to counsel, **REMAND** the state claims in the above-entitled action

ORDER OF DISMISSAL AND REMAND - 1

1  to the Superior Court of Yakima County, Washington, and **CLOSE THE FILE**
2  in this matter.
3      **DATED** this 26th day of April, 2012.
4                                  *s/Lonny R. Suko*
5                          LONNY R. SUKO
                    UNITED STATES DISTRICT JUDGE
6

ORDER OF DISMISSAL AND REMAND - 2